UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC.. | ) | |
| Plaintiff, vs. | ) ) ) | Case No.: 2:13-CV-03100-WDK-PLA |
| ELIAS ZACARIAS, et al, | ) ) | **RENEWAL OF JUDGMENT** |
| Defendant, | ) ) ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J & J Sports Productions, Inc., and against Defendant Elias Zacarias, an individual dba Cleaners #2 aka Quality Cleaners, entered on June 13, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 3,830.00 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | $ 3,830.00 |
| d. | Credits | $ 108.86 |
| e. | Subtotal *(subtract d from c)* | $ 3,721.14 |
| f. | Interest after judgment (.10%) | $ 35.55 |
| g. | Fee for filing renewal of application | $ 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ 3,756.69 |

Dated: March 11, 2024              CLERK, by Deputy _____